UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY PEREZ, ) | CASE NO. ED CV 15-2555-DMG (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| M.L. MUNIZ, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE